# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 12, 2024

Lyle W. Cayce
Clerk

———————

No. 23-50692

———————

IN THE MATTER OF CARL N. MERKLE,

*Debtor*,

CARL N. MERKLE,

*Appellant*,

*versus*

JOHNNY W. THOMAS, *Chapter 7 Trustee*,

*Appellee*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-1278

———————————————————

Before JONES, SOUTHWICK, and HO, *Circuit Judges*.

PER CURIAM:[*]

Affirmed. *See* 5TH CIR. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.